Jay R. Shooster (admitted *pro hac vice*)
Jaimie Mak, Of Counsel (SBN 236505)
**RICHMAN LAW & POLICY**
535 Mission Street
San Francisco, CA 94105
Telephone: (212) 687-8291
Facsimile: (212) 687-8292
jshooster@richmanlawpolicy.com
jmak@richmanlawpolicy.com

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUYNH PHAN and LEAH WEST, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SARGENTO FOODS, INC.,<br><br>Defendant. | Case No. 3:20-cv-09251-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Hon. Edward M. Chen |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Quynh Phan and Leah West, by and through their undersigned counsel, hereby give notice that their claims in the above-captioned action are voluntarily dismissed, with prejudice and without costs to any party.

Dated: December 24, 2021

*Jay Shooster*
_____
Jay R. Shooster (admitted *pro hac vice*)
Jaimie Mak, Of Counsel (SBN 236505)
**RICHMAN LAW & POLICY**
535 Mission Street
San Francisco, CA 94105
Telephone: (212) 687-8291
Facsimile: (212) 687-8292
*jshooster@richmanlawpolicy.com*
*jmak@richmanlawpolicy.com*

*Attorneys for Plaintiffs and the Proposed Class*

Dated: January 12, 2022



IT IS SO ORDERED
Judge Edward M. Chen

# CERTIFICATE OF SERVICE

On December 24, 2021, I caused to be served the attached:

1. Notice of Voluntary Dismissal with Prejudice

☐ [BY MAIL] by placing true and correct copies in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in _____, _____ addressed to the parties below.

☒ [BY EMAIL] Copies of the above documents in .pdf format were transmitted to the e-mail addresses of the parties below. No delivery errors were reported.

Angel A. Garganta
Steven E. Swaney
Amit Rana
**VENABLE LLP**
agarganta@venable.com
seswaney@venable.com
arana@venable.com
101 California Street
San Francisco, CA 94111
Tel: (703) 905-1455
Fax: (703) 821-8949

*Attorneys for Defendant*

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 24, 2021, in Wilmington, Delaware.

*/s/ Jay Shooster*
Jay Shooster